Filing # 57889070 E-Filed 06/16/2017 04:13:35 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAM-DADE COUNTY, FLORIDA

CASE NO.:

JOSE PICADO,

    Plaintiff,

v.

HENRY AU and 1252537 ONTARIO LTD.
d/b/a TBN TRANSPORT,

    Defendants.
_____/

## COMPLAINT

**COMES NOW**, the Plaintiff, JOSE PICADO, by and through the undersigned counsel, and hereby sues the Defendants, HENRY AU and 1252537 ONTARIO LTD. d/b/a TBN TRANSPORT, for injuries sustained in an auto accident, and in support thereof, alleges as follows:

1. This is an action for damages in excess of fifteen thousand ($15,000.00) dollars.

2. At all times material hereto, the Plaintiff, JOSE PICADO, was and is an individual residing in Miami-County, Florida and is *sui juris*.

3. At all times material hereto, the Defendant, HENRY AU, was an individual residing in Scarborough, Toronto, Ontario, Canada.

4. At all times material hereto, the Defendant, 1252537 ONTARIO LTD. d/b/a TBN TRANSPORT, was Foreign Corporation engaged in the transaction of business in Miami-Dade County, Florida.

5. Venue is proper in Miami-Dade County as the subject incident occurred therein.

1

The Law Offices of Anidjar & Levine, P.A.
300 SE 17th Street, Fort Lauderdale, Florida 33316 (954) 525-0050



EXHIBIT 1

6. At all times material hereto, the Plaintiff, JOSE PICADO, was the passenger of a 1994 Nissan vehicle owned by Salvador Picado, with Vehicle Identification Number 1FUJGLD58GLGR3041.

7. At all times material hereto, Defendant, HENRY AU, operated a 2016 Freight CSC vehicle with Vehicle Identification Number 1GCCS14X1TK114036.

8. At all times material hereto, the Defendant, 1252537 ONTARIO LTD. d/b/a TBN TRANSPORT, was the owner of the vehicle described in Paragraph 7.

## COUNT I: NEGLIGENCE CLAIM AGAINST HENRY AU

The Plaintiff readopts and realleges each and every allegation contained in Paragraphs 1 through 8 as if they were fully set forth herein, and further alleges:

9. On July 14, 2016, Defendant, HENRY AU operated the above-stated vehicle on NW 20th Street, at or near its intersection with NW 11th Ave, in the city of Miami, Miami-Dade County, Florida.

10. At all times material hereto, the Defendant, HENRY AU, owed a duty to operate the above-referenced vehicle in a reasonably safe manner.

11. At that time and place, the Defendant, HENRY AU, negligently operated and/or maintained the above-referenced vehicle so that it collided with the vehicle Plaintiff, JOSE PICADO, was a passenger in.

12. As a direct result, the Plaintiff, JOSE PICADO, suffered severe and permanent bodily injury resulting in pain and suffering, disability, disfigurement, aggravation of a pre-existing condition, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, lost wages, loss of ability to earn money in the future and other economic damages. These losses are either permanent or continuing in nature and the Plaintiff will suffer these losses in the future.

**WHEREFORE**, the Plaintiff, JOSE PICADO, demands judgment against the Defendant, HENRY AU, for damages, costs and any other relief this Court may deem appropriate. *Plaintiff further demands a trial by jury as to all issues so triable as a matter of right.*

## COUNT II: VICARIOUS LIABILITY CLAIM
## AGAINST 1252537 ONTARIO LTD. d/b/a TBN TRANSPORT

The Plaintiff readopts and realleges each and every allegation contained in Paragraphs 1 through 8 as if they were fully set forth herein, and further alleges:

13.     Defendant, 1252537 ONTARIO LTD. d/b/a TBN TRANSPORT, as the owner of the vehicle identified in Paragraph 7, is and was responsible for the negligent operation of the same.

14.     At the above-listed time and place, the Defendant, HENRY AU, negligently operated and/or maintained the above-referenced motor vehicle so that it collided with the vehicle driven by the Plaintiff, JOSE PICADO.

15.     Defendant HENRY AU's operation of the above-referenced vehicle at the time of the subject incident was with the authority and/or permission of Defendant, 1252537 ONTARIO LTD. d/b/a TBN TRANSPORT.

16.     As the owner of the vehicle identified in Paragraph 7, 1252537 ONTARIO LTD. d/b/a TBN TRANSPORT is responsible for the following:

   (a)  The acts, omissions, and negligence of HENRY AU, who was driving the vehicle with 1252537 ONTARIO LTD. d/b/a TBN TRANSPORT's permission and consent;

   (b)  The accident of July 14, 2016, described in Count I;

   (c)  The operation of the vehicle pursuant to the Dangerous Instrumentality Doctrine; and

   (d)  The injuries, damages and losses set forth in the following paragraphs.

The Law Offices of Anidjar & Levine, P.A.
300 SE 17th Street, Fort Lauderdale, Florida 33316 (954) 525-0050

17. As a direct result, the Plaintiff, JOSE PICADO, suffered severe and permanent bodily injury resulting in pain and suffering, disability, disfigurement, aggravation of a pre-existing condition, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, lost wages, loss of ability to earn money in the future and other economic damages. These losses are either permanent or continuing in nature and the Plaintiff will suffer these losses in the future.

**WHEREFORE**, the Plaintiff, JOSE PICADO, demands judgment against the Defendant, 1252537 ONTARIO LTD. d/b/a TBN TRANSPORT, for damages, costs and any other relief this Court may deem appropriate. *Plaintiff further demands a trial by jury as to all issues so triable as a matter of right.*

In compliance with Rule 2.516 of the Florida Rules of Judicial Administration, all pleadings in this cause shall be served upon the undersigned by e-mail at pleadings@anl-law.com.

DATED this 16th day of June, 2017.

**LAW OFFICES OF ANIDJAR & LEVINE, P.A.**
*Counsel for Plaintiff*
300 SE 17th Street
Fort Lauderdale, FL 33316
Tel: (954) 525-0050 / Fax: (954) 525-0020
E-service at pleadings@anl-law.com

By: _____
GLEN B. LEVINE, ESQ.,
FBN 0144355
ELIE ANIDJAR, ESQ.,
FBN 932191